IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN WILLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-817-SMD |
| | ) | |
| CITY OF EUFAULA, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Upon consideration of the parties' joint motion for settlement approval (Doc. 38), and the Court's order so granting the motion (Doc. 41), it is the order, judgment, and decree of the Court that this case is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to docket this filing as a final judgment under Federal Rule of Civil Procedure 58.

DONE this 5th day of September, 2023.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE